JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGELA DEVORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY IMAGINEERING RESEARCH & DEVELOPMENT, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:18-cv-00041-SVW-SK<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Stipulation of Dismissal With Prejudice jointly filed by the Parties, finds that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: July 19, 2018

_____
HON. STEPHEN V. WILSON, District Judge
UNITED STATES DISTRICT COURT